JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK HILL, | Case No. CV 20-10478-JAK (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 28, 2020

JOHN A. KRONSTADT
United States District Judge